UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action No. 1:16-cv-22073-KMW

ANDRES GOMEZ, On His Own Behalf, and
On Behalf of All Other Individuals Similarly
Situated,

    Plaintiffs,
v.

BALLY AMERICAS, INC.,
d/b/a Bally,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Andres Gomez, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement. The Parties will file a Consent Decree within forty-five (45) days of this Notice.

Respectfully submitted on this 28th day of February, 2017.

            *s/ Scott R. Dinin*
            Scott R. Dinin
            SCOTT R. DININ P.A.
            4200 NW 7th Avenue
            Miami, Florida 33127
            Telephone: (786) 431-1333
            Facsimile: (786) 513-7700
            Email: inbox@dininlaw.com
            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this this 28th day of February, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Robert Fine, Esq.
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
Miami, Florida 33131
E-mail: finer@gtlaw.com and salkym@gtlaw.com

*s/ Scott R. Dinin*