UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-22073 CIV-WILLIAMS

ANDRES GOMEZ,

    Plaintiff,

v.

BALLY AMERICAS, INC. d/b/a
Bally,

    Defendant.

_____/

## ORDER APPROVING CONSENT DECREE
## AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties' joint notice of filing consent decree and motion for approval and entry of consent decree. (DE 26). The Court has carefully considered the motion and the consent decree attached to the motion as Exhibit "A" ("Consent Decree"). (DE 26-1). Accordingly, it is **ORDERED AND ADJUDGED** that the motion (DE 26) is **GRANTED** as follows:

    1.    The Court finds the Consent Decree to be adequate.

    2.    The Parties' joint motion for approval and entry of consent decree is **GRANTED.**

    2.    The Court **APPROVES** the Consent Decree as modified by this order, and pursuant to Fed. R. Civ. P. 54, the Consent Decree as modified by this order is **ENTERED**, and this action is **DISMISSED WITH PREJUDICE**.

    3.    The Court shall retain jurisdiction for 365 days from the entry of this order to enforce the Consent Decree.

    4.    The Court declines to express any opinion regarding the Letter Agreement referenced in paragraph 22 of the Consent Decree. The Parties have not submitted the

Letter Agreement to the Court.  Accordingly, the Letter Agreement is not incorporated by reference to the Consent Decree or this Order.  Any dispute related to the Letter Agreement is a matter separate and apart from the Court's enforcement, if needed, of the Consent Decree.

5. To the extent not otherwise disposed of here, all pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 12 day of April, 2017.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE